UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 18-82413
Byron M. Huyghues-Despointes )
) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

**Order Confirming Plan**

The matter presented being confirmation of the plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 2 (the Chapter 13 "Plan"), having been found by the court, after due notice and hearing, to comply with the provisions of 11 U.S.C. § 1325;

IT IS HEREBY ORDERED that the Plan is confirmed.

IT IS FURTHER ORDERED that:

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation, unless (1) the Chapter 13 Plan provides for surrender of the property, or (2) the property is sold pursuant to the Chapter 13 Plan or court order.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 03, 2019